UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| | : Criminal No. 19- |
| v. | |
| | : 18 U.S.C. § 922(g)(1) |
| ZAMID LOWERY | : |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about September 23, 2018, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

ZAMID LOWERY,

knowing he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce two firearms and ammunition, namely: (i) a 7.62 x 39-millimeter Palmetto State Arms PSAK47 semiautomatic rifle, bearing serial number AKB008365; (ii) a 9-millimeter Glock Model 17 semiautomatic handgun, bearing serial number SAD134; (iii) fifty rounds of 9-millimeter ammunition; and (iv) forty rounds of 7.62 X 39-millimeter ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 19-

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

ZAMID LOWERY

## INFORMATION FOR

18 U.S.C. § 922(g)(1)

**CRAIG CARPENITO**
U.S. ATTORNEY
NEWARK, NEW JERSEY

Jonathan W. Romankow
ASSISTANT UNITED STATES ATTORNEY
(973) 645-2884

USA-48AD 8
(Ed. 1/97)