UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

on Crim. No. 19-767 (SRC)

UNITED STATES OF AMERICA v. ZAMID LOWERY,
Defendant (DOB SBI Number 00256030B)    DOB 

PETITION FOR WRIT OF HABEAS CORPUS : Your petitioner shows that

1 . ZAMID LOWERY (DOB ~~~~~, SBI Number 00256030B) is now confined at Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, NJ 08801.

2 . Said individual will be required at U.S. District Court, Newark, Ney ue.æ.gy before the Honorable Stanley R. Chesler, on ~~Tuesday~~ Thursday, February 20, 2020 at 11:30 a.m. for a Sentencing Hearing in the above-captioned case, in which he ig a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: February 10, 2020

JONATHAN W. ROMANKOW
Assistant United States Attorney
~~Petitioner~~ (973) 645-2884

ORDER FOR WRIT; Let the Writ Issue.

DATED: 2/11/2020

~~HONORABLE STANLEY R. CHESLER~~
United States District Judge

WRIT OF HABEAS CORPUS: The United States of America to DIRECTOR OF MOUNTAINVIEW YOUTH CORRECTIONAL , FACILITY

WE COMMAND YOU that you have the body of ZAMID LOWERY SBI Number 00256030B) (by whatever name called or charged) now confined in Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, NJ 08801 before the United States District Court before the Honorable Stanley R. Chesler,• at the U.S. District Court, Newark, New Jersey. on ~~Tuesday~~ Thursday, February 20, 2020 at 11:30 a.m. Immediately upon completion of the proceedings, defendant will