UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

Judge Chesler
Court Reporter: PHYLLIS LEWIS
2/20/2020

**Title of Case**
UNITED STATES OF AMERICA
v.
ZAMID LOWERY

**Docket No. 19-767**

**Appearances:**
Jonathan Romankow, AUSA
K. Anthony Thomas, AFPD
Rebekah Dawson, USPO

**Nature of Proceedings**-
NON CONTESTED SENTENCE

SENTENCE: 37 months on count 1 of the information   The Term will run concurrently to the defendant's imprisonment under any previous state or federal sentence
SUPERVISED RELEASE: 3 years on count 1 of the information.   Based on the information presented, he is excused from the mandatory drug testing provision, etc.,
SPECIAL ASSESSMENT: $100.00. which shall be due immediately
The Court recommends that the BOP designated Fairton FCC or Fort Dix.
Ordered defendant remanded
Right to Appeal
11:30-12:30

s/Theresa C. Trivino, Senior Courtroom Deputy to the Honorable Stanley R. Chesler